## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re:  EVELYN V. COLLINS           §      Case No. 11-81435
      EDRICK J. COLLINS           §
                                  §
          Debtors                 §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/31/2011.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/16/2011.

5) The case was dismissed on 09/23/2011.

6) Number of months from filing or conversion to last payment: 8.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $17,031.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 892.22 | |
| Less amount refunded to debtor | $ 892.22 | |
| **NET RECEIPTS** | | $ 0.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 301.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NIEBUHR LAW FIRM | Lgl | 3,001.00 | 3,001.00 | 0.00 | 0.00 | 0.00 |
| CSC LOGIC INC | Sec | 1,848.10 | 1,848.10 | 1,848.00 | 0.00 | 0.00 |
| CSC LOGIC INC | Uns | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 |
| PHH MORTGAGE - FREDDIE MAC | Sec | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| ABA | Uns | 813.00 | NA | NA | 0.00 | 0.00 |
| ABA | Uns | 43.00 | NA | NA | 0.00 | 0.00 |
| ACADEMY COLLECTION SERVICE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PRECISION RECOVERY ANALYTICS | Uns | 0.00 | 4,263.54 | 4,263.54 | 0.00 | 0.00 |
| ALLIED BUSINESS ACC | Uns | 26.00 | NA | NA | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 0.00 | 1,676.07 | 1,676.07 | 0.00 | 0.00 |
| AMCORE BANK NA | Uns | 3,525.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RECOVERY SYSTEMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Uns | 3,587.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE, LLC | Uns | 0.00 | 632.15 | 632.15 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 6,676.00 | 6,352.29 | 6,352.29 | 0.00 | 0.00 |
| CAP ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAP ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 5,481.38 | 5,481.38 | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Uns | 1,100.12 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 430.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 697.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 561.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Uns | 199.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 2,026.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 411.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 335.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 33.00 | NA | NA | 0.00 | 0.00 |
| CSC LOGIC INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DENNIS A BREBNER & ASSOC | Uns | 164.23 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL | Uns | 1,665.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL | Uns | 1,250.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL / ESA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL / ESA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ENCORE RECEIVABLE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FOCUSED RECOVERY SOL | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| GEMB / NATIONS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Uns | 466.00 | 466.70 | 466.70 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 229.88 | 229.88 | 0.00 | 0.00 |
| HSBC NV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC NV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| INFINITY GROUP RECEIVABLES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| KAY JEWELERS | Uns | 137.00 | 77.08 | 77.08 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 904.00 | 913.70 | 913.70 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 727.00 | 735.21 | 735.21 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 2,457.56 | 2,457.56 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC | Uns | 599.00 | 598.58 | 598.58 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Uns | 2,441.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NICOR GAS | Uns | 678.00 | 219.20 | 219.20 | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| OVERLND BOND | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTION | Uns | 1,676.00 | NA | NA | 0.00 | 0.00 |
| PARAGON WAY INC | Uns | 4,264.00 | NA | NA | 0.00 | 0.00 |
| PHH MORTGAGE ICE CENTER | Uns | 3,541.74 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECVRY & AFFIL | Uns | 654.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECVRY & AFFIL | Uns | 239.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 433.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 298.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 139.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 76.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 59.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 59.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| ROGERSHOLL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE | Uns | 8,190.00 | 13,558.87 | 13,558.87 | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE | Uns | 5,432.00 | 16,726.90 | 16,726.90 | 0.00 | 0.00 |
| SALLIE MAE | Uns | 5,303.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 3,426.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 3,217.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 3,046.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 2,877.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 2,861.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 1,982.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 1,975.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 245.00 | 245.84 | 245.84 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SWEDISH AMERICAN HOSPITAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO | Uns | 114.66 | NA | NA | 0.00 | 0.00 |
| WFNNB / FASHION BUG | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 0.00 | 23,289.28 | 23,289.28 | 0.00 | 0.00 |
| MONTGOMERY WARD | Uns | 0.00 | 70.59 | 70.59 | 0.00 | 0.00 |
| GE MONEY BANK | Uns | 0.00 | 466.70 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 3,500.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 1,848.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 5,348.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 77,994.92 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  02/16/2012           By:  /s/ Lydia S. Meyer
                                      Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)